ACCEPTED
01-14-00560-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2014 4:10:49 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST JUDICIAL DISTRICT
## OF TEXAS

_____

**Case No.  01-14-00560-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2014 4:10:49 PM
CHRISTOPHER A. PRINE
Clerk

_____

**TRISTAN OMARR ARMSTRONG**

**Vs.**

**THE STATE OF TEXAS**

_____

**Appeal from the 226th District Court, Bexar County,
Texas  Trial Court No. 2013CR5695
Honorable Sid Harle Presiding**

_____

**DEFENDANT' S MOTION TO EXTEND TIME TO FILE BRIEF**

_____

OSCAR L. CANTU, JR.
Attorney at Law, PLLC
507 South Main
San Antonio, Texas 78204
(210)472-3900 Phone
(210)354-2996 Fax

R3Oscar@aol.com

**MOTION**

COMES NOW, Oscar Cantu, Current Counsel for Tristan Omarr Armstrong, and files

this, Defendant's Motion to Extend Time to File Brief and would show unto the Court as

follows:

1.      Counsel for the Appellant filed an Ander's Brief in this case.

2.      The Defendant was ordered to file his own brief, if desired, by December 30, 2014 in this

case.

3.      Counsel prepared a complete copy of the record for transmittal to the Defendant who

declined to use it. He is disabled and the traditional copy method is not useful to him.

4.      The Defendant requested that this Counsel make hard copies of all documents and

the record and deliver same to this residence. Counsel has agreed. In an effort to give the

Defendant ample time to review this Counsel has conferred with the trial parties there is no

objection to an additional, thirty (30) days are required to complete the task at hand.

5.      Counsel hopes that this explanation satisfies the requirements of a Motion to

Continue raises a suitable basis and grounds for the Court to grant this extension.

6.      WHEREFORE, PREMISES CONSIDERED, Appellant moves the Court to extend

the  deadline for the Defendant to file any Brief to January 31, 2015 a 30 day extension.

Respectfully submitted,

By:__/s/ by Oscar Cantu_____
OSCAR LUIS CANTU, JR.
Attorney at Law, PLLC
Oscar "JR" Cantu
Texas Bar No. 03767448
507 South Main
San Antonio, Texas 78204
Tel. (210) 472-3900
Fax. (210) 354-2996

Attorney for Appellant, Tristan Omarr Armstrong

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document was filed with all parties to this Appeal via hand delivery or facsimile transmission as indicated below:

Appellee: District Attorney's Office facsimile transmission to (210)335-2436
on this, the 30th day of December, 2014.

            ____/s/by Oscar Cantu_____
            Oscar Cantu


## CERTIFICATE OF CONFERENCE

This is to certify that I did confer with the Appeals Section of the DA's Office and they <u>do not</u> oppose a first request for continuance on this, the 30th day of December, 2014.

            ____/s/ by Oscar Cantu_____
            Oscar Cantu